UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TWO SHIPPING CONTAINERS WITH IDENTIFICATION NUMBERS NONU1047916 AND NONU9097390 AND ANY ITEMS CONTAINED THEREIN<br>Defendants. | **COMPLAINT FOR FORFEITURE *IN REM*** <br><br><br>Civil Action No. 26-cv-120 |

## **WARRANT FOR ARREST *IN REM***

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 15th day of January, 2026, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 28 U.S.C. § 2461(c); 19 U.S.C. § 1595a(d); 22 U.S.C. § 401; and 50 U.S.C. § 4819.

      YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**TWO SHIPPING CONTAINERS WITH IDENTIFICATION NUMBERS NONU1047916 AND NONU9097390 AND ANY ITEMS CONTAINED THEREIN**

      YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the

defendant properties are in the government's possession, custody, or control.

Dated: January \_\_\_\_, 2026

                                                                             _____
                                                                             Clerk of the Court

                                      By:    _____
                                                                     Deputy Clerk