**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TWO SHIPPING CONTAINERS WITH IDENTIFICATION NUMBERS NONU1047916 AND NONU9097390 AND ANY ITEMS CONTAINED THEREIN,<br><br>Defendant in rem | Civil Action No. 26-cv-120 |

**GOVERNMENT'S STATUS REPORT**

Pursuant to the Federal Rules of Civil Procedure, Supplemental Rule G(4)(a) for forfeiture Actions in Rem, the United States commenced Notice by Publication on September 10, 2026, on the official internet government forfeiture site. Pursuant to Supplemental Rule G(4)(b), the United States also initiated direct notice to the known potential claimant on September 14, 2026.

Respectfully submitted,

S/ Jafer Aftab
Jafer Aftab
N.J. Bar 050341997
Assistant United States Attorney
United States Attorney's Office
District of Columbia
(202)252-6714
Jafer.Aftab@usdoj.gov

Dated: September 14, 2026